## *Ex parte* Russell *et al.*

No counsel marked as appearing for either parties.

This was an original petition .filed in the Supreme Court, asking for a *mandamus.*

The court holds that the order sought to be vacated was not void, but was a final decree; and that, therefore, the petitioners having a remedy by appeal for the correction of any error under said order, were not entitled to *mandamus.*

*Mandamus* denied.

Opinion by SHARPE, J.

McCLELLAN, C. J., not sitting.

---

## Casey *et al. v.* Barnard.

APPEAL from the Circuit Court of Marshall.
Tried before the Hon. J. A. BILBRO.

STREET & ISBELL and McCORD & McCORD, for appellants.

JOHN A. LUSK, for appellee.

The appeal in this case was dismissed by appellants.

Opinion PER CURIAM.

---

## Lecompt *v.* Henderson *et al.*

APPEAL from the Circuit Court of Coffee.
Tried before the Hon. JOHN P. HUBBARD.

HICKMAN & RILEY, for appellant.

SOLLIE & KIRKLAND, for appellees.

This was an action of assumpsit, brought by the aplant against the appellees; and sought to recover an amount alleged to be due upon an account and for money had and received.

The judgment is affirmed.

Opinion by McCLELLAN, C. J.